UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-030 |
| | ) | |
| SETH ALEXANDER FENNELL | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Edward D. Tolley** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Edward D. Tolley** be granted leave of absence for the following periods: **May 22, 2019 through May 31, 2019; June 10, 2019 through June 13, 2019; and June 19, 2019 through June 28, 2019.**

This 29th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA